IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., CAPITOL RECORDS, INC., INTERSCOPE RECORDS, UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, BMG MUSIC, PRIORITY RECORDS, LLC, and VIRGIN RECORDS AMERICA, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL NO. 1:05cv279 |
| v | ) ) | |
| HELEN SOUTHER, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of Kary Blaine Klismet, of the law firm of Holme Roberts & Owen, LLP, to appear as counsel for the plaintiffs in this matter filed on May 24, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Kary Blaine Klismet is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: May 25, 2006

Dennis L. Howell
United States Magistrate Judge